STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

ABRAMS & TANKO, LLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for CITIBANK, N.A, AS TRUSTEE FOR THE HOLDERS OF SACO I TRUST 2006-10

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA - LAS VEGAS DIVISION

| | |
|---|---|
| In re<br><br>SONJA MIGUEL AND DONALD JOSEPH MIGUEL<br><br>Debtor(s). | Case No.BK-S- 09-17730-LBR<br><br>Chapter 13<br><br>STIPULATED ORDER REGARDING TREATMENT OF CREDITOR'S CLAIM PURSUANT TO CHAPTER 13 PLAN |

**STIPULATED ORDER REGARDING TREATMENT OF CREDITOR'S
CLAIM PURSUANT TO CHAPTER 13 PLAN**

This Stipulated Order is entered into by and between Debtors, SONJA MIGUEL AND DONALD JOSEPH MIGUEL (hereinafter referred to as "Debtors"), by and through their attorney of record, LAURA L. FRITZ; and CITIBANK, N.A., AS TRUSTEE FOR THE HOLDERS OF SACO 1 TRUST 2006-10 (hereinafter referred to as "Creditor"), by and through its attorney of record, Pite Duncan, LLP.

RECITALS

A.    On or about July 1, 2006, Debtors, for valuable consideration, made, executed, and delivered a Promissory Note ("Note") in the amount of $140,000.00, which is secured by a Second Deed of Trust encumbering the real property at 321 East Middleton Drive, Henderson NV 89015

(the "Subject Property"). The Note and Second Deed of Trust are collectively referred to hereinafter as the "Subject Loan."

B.  On or about May 13, 2009, Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada, Las Vegas Division, and was assigned Case No. BK-S-09-17730-LBR.

C.  On or about July 23, 2009, Debtors filed a Motion to Value Collateral, "Strip Off", and Modify Rights of Creditor praying that the Court find the Second Deed of Trust encumbering the Subject Property be avoided and that Creditor's claim be paid as unsecured.

**THE PARTIES HEREBY STIPULATE AND AGREE TO AN ORDER AS FOLLOWS:**

1.  Creditor's claim shall be allowed as a non-priority general unsecured in the amount of $143,876.08. Creditor's shall file a Proof of Claim listing its claim as unsecured to be paid in accordance with the Debtors' Plan;

2.  The avoidance of the Second Deed of Trust is contingent upon the Debtors' completion of theirs Chapter 13 Plan and the Debtors' receipt of a Chapter 13 discharge;

3.  Upon receipt of the Debtors' Chapter 13 discharge and completion of their Chapter 13 Plan, this Order may be recorded by the Debtors with the Clark County Recorder's Office;

4.  Creditor shall retain its claim for the full amount due under the Subject Loan in the event of either the dismissal of the Debtors' Chapter 13 case or the conversion of the Debtors' Chapter 13 case to any other Chapter under the United States Bankruptcy Code;

5.  In the event that the holder of the first lien on the Subject Property forecloses on its security interest and extinguishes the Second Deed of Trust prior to the debtors' completion of their Chapter 13 Plan and receipt of a Chapter 13 discharge, the second lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of the sale; and

/./././
/./././
/./././
/./././

6. Each party shall bear their own attorneys' fees and costs incurred in the present bankruptcy case number BK-S-09-17730-LBR.

IT IS SO STIPULATED

PITE DUNCAN, LLP

Dated: 10/21/09　　　　　　　　By: /s/ Jacque A. Gruber
　　　　　　　　　　　　　　　　JACQUE A. GRUBER
　　　　　　　　　　　　　　　　PITE DUNCAN, LLP
　　　　　　　　　　　　　　　　Attorney for CITIBANK, N.A, AS TRUSTEE FOR THE HOLDERS OF SACO I TRUST 2006-10

Dated: 8/26/09　　　　　　　　By:/s/ Laura L Fritz
　　　　　　　　　　　　　　　　LAURA L. FRITZ
　　　　　　　　　　　　　　　　Attorney for Debtor(s)

Dated:　　　　　　　　　　　　By:
　　　　　　　　　　　　　　　　KATHLEEN A. LEAVITT
　　　　　　　　　　　　　　　　Chapter 13 Trustee